IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | CIVIL 78-00371-SPK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LAND RESEARCH & INVESTMENT COMPANY, INC.; LR&I DEVELOPMENT OC., INC.; LR&I DEVELOPMENT TWO; LR&I DEVELOPMENT FOUR; DENNIS J. KRUM and JOSEPH H. GREEN, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 15, 2010,

and served concurrently upon those counsel of record who are registered

participants of CM/ECF, and served on November 16, 2010 by First Class Mail to

those parties of record who are not registered participants of CM/ECF,  and no

objections having been filed by any party, IT IS HEREBY ORDERED AND

ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(c)

and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT

ALICE F. HALL SANPEI, fka ALICE HALL'S MOTION FOR APPROVAL OF

TEMPORARY CO-RECEIVER HARVEY T. KODAMA'S FIRST REPORT

AND ACCOUNTING, FOR AWARD OF ATTORNEY'S FEES AND COSTS

AND FOR PARTIAL DISTRIBUTION OF PROCEEDS, FILED AUGUST 27,

2010," document no. 451,  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  December 3, 2010.



Samuel P. King
Senior United States District Judge

*SEC v. Land Research & Investment Co., et al.*, Civ. No. 78-00371 SPK-KSC, Order Adopting
Magistrate Judge's Findings and Recommendation