IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) CIVIL NO. 78-00371 JMS-KSC )  ) FINDINGS AND |
| Plaintiff, | ) RECOMMENDATION TO GRANT ) TEMPORARY CO-RECEIVER |
| vs. | ) HARVEY T. KODAMA'S EX ) PARTE MOTION FOR APPROVAL |
| LAND RESEARCH & INVESTMENT COMPANY, INC.; LR&I DEVELOPMENT CO., INC.; LR&I DEVELOPMENT TWO; LR&I DEVELOPMENT FOUR; DENNIS J. KRUM AND JOSEPH H. GREEN, | ) OF TEMPORARY CO-RECEIVER'S ) PROPOSED PROCEDURES FOR ) THE PROOF OF CLAIM AND FOR ) DISTRIBUTION OF EXCESS ) PROCEEDS ) ) |
| Defendants. _____ | ) ) |

FINDINGS AND RECOMMENDATION TO GRANT
TEMPORARY CO-RECEIVER HARVEY T. KODAMA'S
EX PARTE MOTION FOR APPROVAL OF TEMPORARY
CO-RECEIVER'S PROPOSED PROCEDURES FOR THE
<u>PROOF OF CLAIM AND FOR DISTRIBUTION OF EXCESS PROCEEDS</u>

Before the Court is Temporary Co-Receiver Harvey T. Kodama's Ex Parte Motion for Approval of Temporary Co-Receiver's Proposed Procedures for the Proof of Claim and for Distribution of Excess Proceeds, filed December 30, 2010.  Mr. Kodama requests that the Court 1) approve his Proposed Procedures for the Proof of Claim and for Distribution of Excess Proceeds and

2) authorize him, at his discretion, to retain the services of a certified public accountant to examine any tax implications of the planned distribution. After carefully reviewing the Ex Parte Motion, and given this Court's familiarity with this case, the Court finds that the proposed procedure is sound, and that Mr. Kodama should be authorized to retain the services of a certified public accountant, if necessary.  Accordingly, the Court HEREBY FINDS AND RECOMMENDS that the Ex Parte Motion be GRANTED.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, January 5, 2011.




Kevin S.C. Chang
United States Magistrate Judge

SEC V. LAND RESEARCH & INVESTMENT COMPANY, INC.; CV 78-00371 JMS-KSC; FINDINGS AND RECOMMENDATION TO GRANT TEMPORARY CO-RECEIVER HARVEY T. KODAMA'S EX PARTE MOTION FOR APPROVAL OF TEMPORARY CO-RECEIVER'S PROPOSED PROCEDURES FOR THE PROOF OF CLAIM AND FOR DISTRIBUTION OF EXCESS PROCEEDS