IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  vs.<br><br>LAND RESEARCH & INVESTMENT COMPANY, INC.; LR&I DEVELOPMENT CO., INC.; LR&I DEVELOPMENT TWO; LR&I DEVELOPMENT FOUR; DENNIS J. KRUM AND JOSEPH H. GREEN,<br><br>        Defendants.<br>_____ | CIV. NO. 78-00371 JMS/KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 6, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

///

///

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 26, 2011.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Securities and Exchange Commission v. Land Research & Investment Company, Inc. et al.,* Civ. No. 78-00371 JMS/KSC; Order Adopting Magistrate Judge's Findings and Recommendation