IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) CIVIL NO. 78-00371 JMS-KSC ) ) FINDINGS AND |
| Plaintiff, | ) RECOMMENDATION TO GRANT ) TEMPORARY CO-RECEIVER |
| vs. | ) HARVEY T. KODAMA'S FIRST ) APPLICATION FOR |
| LAND RESEARCH & INVESTMENT COMPANY, INC.; LR&I DEVELOPMENT CO., INC.; LR&I DEVELOPMENT TWO; LR&I DEVELOPMENT FOUR; DENNIS J. KRUM AND JOSEPH H. GREEN, | ) COMPENSATION AND ) REIMBURSEMENT OF FEES AND ) COSTS ) ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

FINDINGS AND RECOMMENDATION TO GRANT TEMPORARY CO-
RECEIVER HARVEY T. KODAMA'S FIRST APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF FEES AND COSTS

Before the Court is Temporary Co-Receiver

Harvey T. Kodama's First Application for Compensation

and Reimbursement of Fees and Costs, filed August 9,

2011.

This matter came on for hearing on October 4,

2011.  Mr. Kodama appeared and Richard Ing, Esq.,

appeared on behalf of Petitioner Alice Sanpei.

Mr. Kodama requests that the Court 1) approve

his Second Report, filed August 9, 2011, and 2) award

him $10,645.43 in fees and taxes and $1,044.94 in costs, for the period April 14, 2008 to August 8, 2011. There being no opposition, and the Court having carefully reviewed the Second Report and Application, the Court HEREBY FINDS AND RECOMMENDS that the district court approve the Second Report and award Mr. Kodama $10,645.43 in fees and taxes and $1,044.94 in costs.

IT IS SO FOUND AND RECOMMENDED.

DATED:   Honolulu, Hawaii, October 4, 2011.



_____
Kevin S.C. Chang
United States Magistrate Judge

SEC V. LAND RESEARCH & INVESTMENT COMPANY, INC.; CV 78-00371 JMS-KSC; FINDINGS AND RECOMMENDATION TO GRANT TEMPORARY CO-RECEIVER HARVEY T. KODAMA'S FIRST APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND COSTS

2