IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CIV. NO. 78-00371 JMS/KSC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LAND RESEARCH & INVESTMENT COMPANY, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 4, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 24, 2011.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge